RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for DAVID GARNER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID GARNER,<br><br>        Defendant. | Case No. 3:21-cr-00033-MMD<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |

Undersigned counsel is filing Documents in Support of Defendant David Garner. Exhibit A contains Mr. Garner's medical records. Undersigned counsel believes this information will assist the Court in sentencing. Because Exhibit A contains private medical information, it should be filed and maintained under seal pursuant to the Health Insurance Portability and Accountability Act (HIPAA) at 42 U.S.C. § 1320d-6 (2010) and 45 C.F.R. § 160.103 (2014). Undersigned counsel will serve sealed Exhibit A on the government via electronic mail.

Undersigned counsel therefore respectfully requests leave to file under seal Mr. Garner's Exhibit A to his Documents in Support, and requests that the Court maintain Exhibit A under seal.

DATED this 28th day of June, 2024

RENE L. VALLADARES
Federal Public Defender

By: */s/ Sean A. McClelland*
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Attorney for David Garner

IT IS SO ORDERED

DATED this 1st day of July 2024.

_____
CHIEF U.S. DISTRICT JUDGE